# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00227-CV

**L. Diane Wells, Appellant**

**v.**

**Joe McCurry, Appellee**

### FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT
### NO. 30240-A, HONORABLE GUILFORD L. JONES III, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant L. Diane Wells has filed a motion to dismiss her appeal. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed: July 2, 2008